UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K. JEFF CARNEY, M.D., PHARMD,<br>                     Plaintiff,<br><br>vs.<br><br>EMORY UNIVERSITY,<br>                     Defendant. | CIVIL ACTION FILE<br><br>NO.   1:21-cv-04531-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having Granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 28th day of August, 2024.

                                                KEVIN P. WEIMER
                                              CLERK OF COURT

                                     By:   s/Britney Rodgers
                                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 28, 2024
Kevin P. Weimer
Clerk of Court

By: s/Britney Rodgers
        Deputy Clerk