IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

K. JEFF CARNEY, M.D., PHARMD,

    Plaintiff,

      v.

                                    CIVIL ACTION FILE
                                    NO. 1:21-CV-4531-TWT

EMORY UNIVERSITY,

    Defendant.

**ORDER**

This is an action under the Americans With Disabilities Act. It is before the Court on the Plaintiff's Motion for Reconsideration [Doc. 116] which is GRANTED in part and DENIED in part. It is GRANTED to the extent that the Court has reviewed and considered the Reply Brief that is attached to the motion. However, the argument made in the Reply Brief does not change the outcome of the Court's Order approving and adopting the Report and Recommendation granting the Defendant's Motion for summary Judgment. To that extent, the Plaintiff's Motion for Reconsideration [Doc. 116] is DENIED.

SO ORDERED, this   7th   day of November, 2024.

THOMAS W. THRASH, JR.
United States District Judge