IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

K. JEFF CARNEY, M.D., PHARMD,

    Plaintiff,

       v.

EMORY UNIVERSITY,

    Defendant.

CIVIL ACTION FILE
NO. 1:21-CV-4531-TWT

**ORDER**

This is an action under the Americans With Disabilities Act.  It is before the Court on the Plaintiff's Motion for Continuance of Costs Pending Appeal [Doc. 127] and Plaintiff's Motion for Review and Exclusion of Costs [Doc. 128] which are DENIED for the reasons set forth in the Defendant's Response.

SO ORDERED, this  19th day of February, 2025.

THOMAS W. THRASH, JR.
United States District Judge